1  MICHAEL COSENTINO, ESQ., State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

5

6

7

8
                IN THE UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,
                                          NO. C07-4558 SLM
12              Plaintiff,

13        v.                              REQUEST TO ENTER DEFAULT

14 Joo H. Ko aka Joohwan Ko

15              Defendant(s).

16 _____/

17 To:   Richard W. Wieking, Clerk
         United States District Court
18       Northern District of California

19       PLEASE ENTER THE DEFAULT of the defendant for failure to plead or otherwise

20 defend.

21

22 DATED: June 26, 2008           By: _____
                                      MICHAEL COSENTINO
23                                    Attorney for Plaintiff

FILED
08 JUL -7 PM 12: 42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA