1 | MICHAEL COSENTINO, State Bar No. 83253
Attorney at Law
2 | P.O. Box 129
Alameda, CA 94501
3 | Telephone: (510) 523-4702

4 | Attorney for Plaintiff
United States of America

**FILED**

08 JUL -7 PM 12: 42

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Joo H. Ko aka Joohwan Ko

        Defendant.
_____ /

Case No. C07-4558 SLM

PROOF OF SERVICE

See attached list:

# PROOF OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the County of Alameda, I am over the age of eighteen and not a party to the herein action; my business address is P.O. Box 129, Alameda, California, 94501. On June 26, 2008, I served the

**REQUEST TO ENTER DEFAULT,**
**DECLARATION FOR JUDGMENT ON DEFAULT, and**
**[PROPOSED] JUDGMENT ON DEFAULT**

on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully pre-paid, in the United States Post Office addressed as follows:

Joo H. Ko aka Joohwan Ko
350 Reservation Road
Marina, CA 93933

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 26, 2008 at Alameda, California.

*C. Blaylock*
C BLAYLOCK